AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED

May 13 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:20-cr-00204-WHO-1 |
| NICK JAMES BOVIS | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 05/13/2020

_Defendant's signature_

_Signature of defendant's attorney_

MICHAEL STEPANIAN \ GILBERT EISENBERG
_Printed name of defendant's attorney_

_Judge's signature_

Hon. Joseph C. Spero, Chief Magistrate Judge
_Judge's printed name and title_