1 MICHAEL STEPANIAN (SBN 037712)
Law Office of Michael Stepanian
2 819 Eddy Street
San Francisco, CA 94109
3 Telephone: (415) 771-6174
Email:  ms@mstepanian.com

4 GILBERT EISENBERG (SBN 28900)
Law Office of Gilbert Eisenberg
5 819 Eddy Street
San Francisco, CA  94109
6 Telephone: (415) 433-3476
Email:  gilbert.eisenberg@gmail.com

Attorneys for Defendant
NICK BOVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **CASE NO. CR 20-00204 WHO-2** |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO ENLARGE SURRENDER DATE** |
| v. | ) | |
| NICK BOVIS, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Defendant NICK BOVIS, and Assistant United States Attorney DAVID J. WARD, that the Surrender date currently set for July 12, 2024, no later than 2:00 p.m., be continued to October 10, 2024, no later than 2:00 p.m. Parties agree a continuance is necessary for the following reasons:

1. Mr. Bovis paid the $100,000. fine in full.

2. Mr. Bovis is in the middle of a complex civil matter with his sister involving their mother's estate.  Both sides have agreed to mediation which should take place prior to his incarceration.  It is necessary for Mr. Bovis to be present.  A date for the mediation has not yet been set but it should proceed within the time frame of the Order.

STIPULATION and [PROPOSED] ORDER              1
20cr00204 WHO-2

3. Mr. Bovis has been designated to the Florence, Colorado satellite camp. It is a considerable distance away which would limit the opportunity for Mr. Bovis to wind down his affairs.

United States Pretrial Services Officer Brad Wilson has been advised of this request and has no objection.

IT IS SO STIPULATED.                     Respectfully submitted,

Dated:  June 17, 2024                      /s/ Michael Stepanian
                                            MICHAEL STEPANIAN
                                            GILBERT EISENBERG

                                            Attorneys for Defendant
                                            NICK BOVIS

Dated:  June 17, 2024                     ISMAIL RAMSEY
                                            United States Attorney

                                             /s/ David J. Ward
                                            DAVID J. WARD
                                            Assistant United States Attorney

ORDER

On stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the Surrender Date in this matter shall be continued from July 12, 2024, no later than 2:00 p.m. to October 10, 2024, no later than 2:00 p.m.

**IT IS SO ORDERED.**

DATED:  June 18 , 2024

                                            HON. WILLIAM H. ORRICK
                                            UNITED STATES DISTRICT JUDGE